IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

DANA L. SORUM,                                )
                                             )
                    Plaintiff,                )      TC-MD 111279N
                                             )
        v.                                    )
                                             )
DESCHUTES COUNTY ASSESSOR,                    )
                                             )
                    Defendant.                )      **DECISION OF DISMISSAL**

        This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

        A telephone trial was scheduled at 9:00 a.m. on June 13, 2012, to consider Plaintiff's

appeal. On April 25, 2012, the court sent notice of the scheduled trial to Plaintiff at an email

address that Plaintiff provided to the court with his Complaint. The notice was not returned as

undeliverable. The notice advised that if Plaintiff did not appear, the court might dismiss the

appeal. Plaintiff failed to appear for the June 13, 2012, trial. Under such circumstances, the

court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

        IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

        Dated this ____ day of June 2012.

                                             _____
                                             ALLISON R. BOOMER
                                             MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of*
*the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563;*
*or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision*
*or this Decision becomes final and cannot be changed.*
*This document was signed by Magistrate Pro Tempore Allison R. Boomer on*
*June 13, 2012. The Court filed and entered this document on June 13, 2012.*

DECISION OF DISMISSAL  TC-MD 111279N                                                    1